```
 1  JAMES P. C. SILVESTRI, ESQ.
    Nevada Bar No. 3603
 2  KRYSTAL A. KEMP, ESQ.
    Nevada Bar No. 10908
 3  PYATT SILVESTRI & HANLON
    701 Bridger Ave., Suite 600
 4  Las Vegas, Nevada 89101
    Telephone:    (702) 383-6000
 5  Facsimile:    (702) 477-0088
    ksaab@psh-law.com
 6
    Attorneys for ALLSTATE PROPERTY
 7  AND CASUALTY INSURANCE CO.
```

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| CAROL ANN SCHAEFER, as Special Administrator of the Estate of Jack J. Schaefer,<br><br>Plaintiff,<br><br>vs.<br><br>ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY, a Delaware Corporation<br><br>Defendants.<br><br>AND ALL RELATED ACTIONS. | CASE NO.: 2:11-cv-01647 KJD-CWH |

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel of record, that the above-referenced matter shall be dismissed, with prejudice, each party to bear its own fees and costs.

No trial date has been set in this matter.

DATED this 09 day of December, 2011.

| WRIGHT & WEINER, LTD | PYATT SILVESTRI & HANLON |
|---|---|
| /s/ Nathan Sosa | /s/ Krystal C. Kemp |
| Nathan Sosa, Esq.<br>801 So. Rancho Dr., Suite B-2<br>Las Vegas, Nevada 89106<br>Attorney for<br>CAROL ANN SCHAEFER | JAMES P.C. SILVESTRI, ESQ.<br>KRYSTAL A. KEMP, ESQ.<br>701 Bridger Avenue, Suite 600<br>Las Vegas, Nevada 89101<br>Attorneys for ALLSTATE PROPERTY<br>AND CASUALTY INSURANCE CO. |

## ORDER FOR DISMISSAL WITH PREJUDICE

Pursuant to the foregoing Stipulation, it is hereby

ORDERED, ADJUDGED AND DECREED that the above-referenced matter be, and the same hereby is, dismissed with prejudice, each party to bear its own costs.

DATED this 12 day of Dec., 2012.

_____
UNITED STATES DISTRICT COURT JUDGE

Submitted by:

PYATT SILVESTRI & HANLON

_____
JAMES P. C. SILVESTRI, ESQ.
Nevada Bar No. 3603
KRYSTAL A. KEMP, ESQ.
Nevada Bar No. 10908
701 Bridger Ave., Suite 600
Las Vegas, NV 89101
Attorneys for ALLSTATE PROPERTY
AND CASUALTY INSURANCE CO.